# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>ABDULRAHMAN ZALAH<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:22mj9277<br>)<br>)<br>)<br>) |

**FILED**
6:08 pm Nov 24 2022
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 28, 2022__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 554 | Smuggling of Goods from the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Doug Prenger, Enforcement Officer, DHS
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: November 24, 2022 at 5:54 p.m.

*Judge's signature*

City and state: Cleveland, Ohio

Jennifer Dowdell Armstrong, Magistrate Judge
*Printed name and title*