IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22MJ9277 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| | ) | |
| v. | ) | |
| | ) | |
| ABDULRAHMAN ZALAH, | ) | NOTICE OF APPEARANCE AND |
| | ) | <u>SUBSTITUTION OF COUNSEL</u> |
| Defendant. | | |

Now comes the United States of America, by and through its attorneys, Michelle M. Baeppler, First Assistant United States Attorney, and Duncan T. Brown, Assistant United States Attorney, and hereby enters his appearance as attorney of record for the government in the within action, and respectfully requests this Court that he be substituted for, and in place of, Daniel J. Riedl, for all further proceedings and notices in the within action, as attorney for the United States of America.

                                                    Respectfully submitted,

                                                    MICHELLE M. BAEPPLER
                                                    First Assistant United States Attorney

By:   /s/ Duncan T. Brown
        Duncan T. Brown (NY: 3982931)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3933
        (216) 685-2378 (facsimile)
        Duncan.Brown@usdoj.gov