AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

**FILED**
6:08 pm Nov 24 2022
Clerk U.S. District Court
Northern District of Ohio
Cleveland

United States of America
v.

ABDULRAHMAN ZALAH

*Defendant*

Case No. 1:22mj9277

FILED
DEC 01 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ABDULRAHMAN ZALAH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
A violation of 18 U.S.C. 554, Smuggling of Goods from the United States.

Date: November 24, 2022 at 5:54 p.m.

*Issuing officer's signature*

City and state: Cleveland, Ohio

Jennifer Dowdell Armstrong, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/24/2022, and the person was arrested on *(date)* 11/27/2022
at *(city and state)* Cleveland, OH

Date: 11/28/2022

*Arresting officer's signature*

SPECIAL AGENT SAMUEL KATO
*Printed name and title*